144 F.3d 57
 Juan F. Evans
v.
Jim Nichols, Linda Loomis Shelley, thomas K. Tompkins, Ray
Sansom, State of Florida, Dan R. Stengle, Michelle Oxman,
Mark Henderickson, Ann Horrigan-Filloon, Robert Ippolito,
Beverly Cliett, Kathleen O'dell, William Peebles, James
Breitenfield, Herbert Tinsley, C. Ledon Anchors, Ellen Holt
 NO. 96-3470
 United States Court of Appeals,
Eleventh Circuit.
 April 29, 1998
 N.D.Fla., 127 F.3d 38
 
 1
 DENIALS OF REHEARING EN BANC.